# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lamar Smith,<br><br>　　　　Plaintiff,<br><br>v.<br><br>S. Waite, et al.,<br><br>　　　　Defendants. | NO. CV-22-00300-TUC-RM<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered, and a decision has been rendered.

　　IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed July 24, 2025, judgment is entered in favor of defendant and against plaintiff. Plaintiff to take nothing, the complaint and this action are dismissed without prejudice for failure to prosecute.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

July 24, 2025

　　　　　　　　　　　　　　　　　　s/ S. Bracamonte
　　　　　　　　　　　　　　By　　Deputy Clerk